

RECEIVED BY MAIL
MAR 09 2009
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

ANTOINE SHOCKLEY )
_____ )
_____ )
_____ )
(Enter above the full name of )
the Plaintiff[s] in this )
action. Include register or )
identification number[s].) )
 )
- vs - )
 ) Case No. _____
ST. LOUIS POLICE DEPT. )
 ) jury trial
JENNIFER JOYCE )
 )
UNKNOWN NAMED PROSECUTOR )
 )
VINCENT CARR, City of ST. Louis )
 )
BOBBY GARRETT )
(Enter above the full name of )
ALL Defendant[s] in this )
action. Fed. R. Civ. P. 10(a) )
requires that the caption of )
the **complaint** include the )
names of all the parties. )
Merely listing one party and )
"et al." is insufficient. )
Please attach additional sheets)
if necessary.) )

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

I. **PLACE OF PRESENT CONFINEMENT OF PLAINTIFF(S):**

   FCI-TERRE HAUTE, P.O. BOX 33, Terre Haute, IN 47808

II. **PREVIOUS CIVIL ACTIONS:**

   A. Have you begun other civil actions in state or federal court dealing with the same facts involved in this action, or otherwise relating to your confinement?

   YES [ X ]   NO [ ]

B. If your answer to "A" is YES, describe the action in the space below. (If there is more than one civil action, you must describe the additional lawsuit[s] on another piece of paper, using the same format as is outlined below.) Your failure to comply with this provision will result in summary denial of your complaint.

1. Parties to previous civil action(s):

   Plaintiff(s): ANTOINE SHOCKLEY

   Defendant(s): FOX, ET., AL..

2. Court wherein filed:
   EASTERN DISTRICT OF TEXAS

3. Docket number or Case number:
   1:07-cv-00904-RHC-KFG

4. Name of Judge to whom case was assigned:
   Keith F. Giblin

5. Basic claim made:
   Eighth Constitutional Amendment, to be free from
   Cruel and Unusual Punishment with Deliberate Indifference

6. Present disposition (Was the case dismissed? Was it appealed? Is it still pending?):
   Still pending

7. Date filed:            8. Date of disposition:
   11-19-2007                 N/A

III. GRIEVANCE PROCEDURES:

A. Is there a prisoner grievance procedure at the institution wherein you are incarcerated?

   YES [ X ]              NO [ ]

2

B. Have you presented through this grievance system the facts which are at issue in this complaint?

YES [ ]   NO [X]

C. If your answer to "B" is YES, indicate:

1. What steps did you take?

   N/A

D. If your answer to "B" is NO, explain why you have not used the institutional grievance system:

   N/A

E. If there is no prisoner grievance procedure at the institution wherein you are incarcerated, have you complained to prison authorities?

YES [ ]   NO [X]

F. If your answer to "E" is YES, indicate:

1. What steps did you take?

   I filed a motion in court, rule 33, New Trial
   _____; and

2. What was the result?

   Still pending

3

IV. **PARTIES TO THIS CIVIL ACTION:**

In item A, below place your name in the first blank, place your present address in the second blank and place your identification number or register number in the third blank. Do the same for any additional plaintiff(s) under Item C, below:

A.  Name of Plaintiff: ANTOINE SHOCKLEY

   Plaintiff's address: FCI-Terre Haute, P.O. Box 33, Terre Haute, IN 47808

   Identification number: 32469-044

In item B, below, place the full name of the defendant in the first blank, his official position in the second, and his place of employment and address in the third blank. Use Item C for the names, the official positions, and the places of employment and addresses of any additional defendant(s).

B.  Defendant Vincent Carr is employed as St. Louis Police Dept at 1200 Clark Ave, St. Louis, Mo 63102.

C.  Additional plaintiff(s) and address(es):

   Additional defendant(s) and address(es):
   Jennifer Joyce 1114 Market St, St. Louis, MO 63102
   Unknown Prosecutor, 1114 Market St., St. Louis, MO 63102
   St. Louis Police Dept, 1200 Clark Ave, St. Louis, MO 63102
   Bobby Garrett, 1200 Clark Ave, St. Louis, Mo 63102
   City of St. Louis, 1200 Market St., St. Louis, MO 63102

4

V. **COUNSEL:**

   A. Do you have an attorney to represent you in the present civil action?

      YES [ ]        NO [ X ]

   B. If your answer to "A" is NO, have you made any effort to contact a private attorney to represent you in this matter?

      YES [ ]        NO [ X ]

   C. If your answer to "B" is YES, state the name(s) and the address(es) of the attorney(s) you have contacted and explain the results of those efforts:

     N/A

   D. If your answer to "B" was NO, explain why you have not made such efforts:

     I am indigent and can not afford an attorney, but I will ask the court to appoint me one after the case is filed.

   E. Have you previously been represented by counsel in a civil action in this Court?

      YES [ ]        NO [ X ]

   F. If your answer to "E" is YES, state that attorney's name and address:

     N/A

VI. **STATEMENT OF CLAIM:**

State here, as briefly as is possible, that facts of your claim. Describe how each defendant is involved. Include also the names of other persons involved, and dates and places. Do not make any legal arguments; cite no cases or statutes. If you intend to raise two or more related claims, number and set forth each claim in a separate

5

paragraph. Avoid using more space than is provided. The Court strongly disapproves of the stating of claims outside the provided space. Unrelated claims must be made in a separate complaint.

The St. Louis Police Department emplyed two officer whom violated Fourteen and Six Constitutional Amendment and

VI. **STATEMENT OF CLAIM (continued)**

my fifth Constitutional Right to Due Process of the Law by planting illegal drugs on my person, on Febuary 11, 2005 in front of my Mother's house. Officer Vincent Carr went to the patrol car, and got a ball of crack cocaine out of his glove compartment and place the illegal drugs in my right pocket. The other Officer with him was Bobby Garrett, whom allowed this to happen. The State prosecutor Jennifer Joyce ignored my witness testimony stating that Officer Vincent Carr plant the crack cocaine in my pocket and tried to continue to prosecute. The city of St. Louis allowed the Police dept. to hire dishonest personnel to become policemen. The Chief of police Joseph Mokwa has already been dismissed for corruption charges. My arresting officers Vincent Carr and Bobby Garrett indicted by the Federal Government for obstruction of justice, two count each of conspiracy to commit wire fraud and making false statements. Officer Vincent Carr plead guilty on Febuary 13, 2009 and sentencing is set for April 30, 2009. Carr admitted that he and Bobby Garrett were Planting drug, money and guns on defendants and covered it up.

VII. **RELIEF:**

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes. (Note: If you are a state prisoner and seek from this Court relief which affects the length or duration of your imprisonment e.g., restoration of good time forfeited, expungement of records, parole release decisions, et cetera - your case must be filed on a §2254 form.)

Awarded the Plaintiff from each Defendant for Compensatory damages in the amount of $800,000 for gross negligence with deliberate indifference.
Awarded the Plaintiff from each Defendant for Irreparable damages in the amount of $2,000,000 for dining procedural due process, emotional stress.
Award the Plaintiff from each Defendant for Actual damages in the amounts $1,000,000 for depriving Plaintiff of 14th Constitution Rights, 5th & 6th.
Award the Plaintiff from each Defendant for Future damages in the amount $3,000,000 for future medical care for stress, fear and depression.
Award Plaintiff from each Defendant for General damages in the amount $5,000,000 for physical pain, and suffering and emotional distress.
Award Plaintiff from each Defendant for Punitive damages $2,000,000.

VIII. **MONEY DAMAGES:** And Award Attorney Fee to pay for my attorney.

A. Do you claim either <u>actual</u> or <u>punitive monetary</u> damages for the acts alleged in this complaint?

YES [ X ]          NO [  ]

B. If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

Actual damages is $1,000,000.00 and Punitive damages is $2,000,000.00

Because I was falsely accused of a crime and drug were planted

one my person by the arresting Officers Carr and Garrett whom are indicted by the federal government and Officer Carr has plead Guilty.

XI. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [ X ] I'm in federal prison. NO [  ]

I declare under penalty of perjury that the foregoing is true and correct. Signed this __5__ day of __Febuary__, 20_09_.

Fed. 2009
Date

Antoene Shockley
Signature of Plaintiff(s)

7